1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

| 11 | JEAN ULRICH | ) | Case No.: 1: 10-cv-00525 JLT |
| 12 | Plaintiff(s), | ) ) ) | ORDER ON STIPULATION DISMISSING MATTER WITH PREJUDICE |
| 13 | v. | ) ) | (Doc. 22) |
| 14 | THE HOME DEPOT U.S.A., INC., a California Corporation; and Does 1-20, | ) ) | |
| 15 | Defendant(s). | ) ) | |
| 16 | | ) | |

17

18        Before the Court is the stipulation of the parties to dismiss the matter with prejudice. (Doc.

19   22)  Based thereon, the Court **ORDERS** the matter **DISMISSED WITH PREJUDICE.**  Each

20   party to bear its own costs.

21        Because this order fully disposes of the case, the Clerk of the Court is **DIRECTED** to

22   close this matter.

23   IT IS SO ORDERED.

24   Dated:   **January 28, 2011**                           **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28
                                              1